■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE DAVIS, Appellant. [693 NYS2d 470] —Judgment unanimously affirmed. Memorandum: The contention of defendant that he was deprived of his constitutional right to a speedy trial is not preserved for our review (*see, People v Debo,* 234 AD2d 944, 945, *lv denied* 89 NY2d 984; *People v Mazyck,* 194 AD2d 808, *lv denied* 82 NY2d 807), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Wisner, Pigott, Jr., Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH A. BALCH, Appellant. [693 NYS2d 467] —Judgment unanimously affirmed (*see, People v Webster,* 263 AD2d 961 [decided herewith]). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Pine, J. P., Wisner, Pigott, Jr., Scudder and Balio, JJ.